```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                   CASE NO. 06 B 14934
   GREG M STOLL
                                         CHAPTER 13

                                         JUDGE: SUSAN PIERSON SONDERBY

        Debtor
   SSN XXX-XX-1660

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 11/14/2006 and was confirmed 02/22/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 01/22/2009.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                              PAID          PAID
--------------------------------------------------------------------------------
CHASE HOME FINANCE LLC    CURRENT MORTG         .00            .00            .00
CHASE HOME FINANCE LLC    MORTGAGE ARRE      3080.49           .00         3080.49
MIDWEST TITLE LOANS       SECURED VEHIC      1700.00        119.17          925.59
NISSAN MOTOR ACCEPTANCE   SECURED VEHIC     27882.50       2105.00        12128.86
NISSAN MOTOR ACCEPTANCE   UNSECURED        NOT FILED           .00            .00
HOUSEHOLD FINANCE/ BENEF  UNSECURED        NOT FILED           .00            .00
DIRECTV                   UNSECURED        NOT FILED           .00            .00
RESURGENT CAPITAL SERVIC  UNSECURED          771.75            .00            .00
MEDICAL COLLECTIONS       UNSECURED        NOT FILED           .00            .00
REMINGTON APARTMENTS      UNSECURED        NOT FILED           .00            .00
TCF NATIONAL BANK         UNSECURED        NOT FILED           .00            .00
CODILIS & ASSOCIATES ^    NOTICE ONLY      NOT FILED           .00            .00
SPRINT-NEXTEL CORP        UNSECURED          288.16            .00            .00
DAVID M SIEGEL            DEBTOR ATTY      3,000.00                       3,000.00
TOM VAUGHN                TRUSTEE                                         1,621.89
DEBTOR REFUND             REFUND                                              .00

    Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                         RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                 22,981.00

PRIORITY                                           .00
SECURED                                      16,134.94
    INTEREST                                  2,224.17
UNSECURED                                          .00
ADMINISTRATIVE                                3,000.00
TRUSTEE COMPENSATION                          1,621.89
DEBTOR REFUND                                      .00
                        ---------------    ---------------
TOTALS                  22,981.00            22,981.00

                PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 06 B 14934 GREG M STOLL
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 03/05/09

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE